ACCEPTED
15-25-00023-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/25/2025 2:55 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00023-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/25/2025 2:55:46 PM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS,

*Appellant*,

*v.*

NONPARTY PATIENT NO. 1, NONPARTY PATIENT NO. 2, NONPARTY PATIENT NO. 3, NONPARTY PATIENT NO. 4, NONPARTY PATIENT NO. 5, NONPARTY PATIENT NO. 6, NONPARTY PATIENT NO. 7, NONPARTY PATIENT NO. 8, NONPARTY PATIENT NO. 9, NONPARTY PATIENT NO. 10, AND NONPARTY PATIENT NO. 11,

*Appellees.*

On Appeal from the 95th Judicial District Court, Dallas County

## JOINT MOTION TO ISSUE MANDATE

**To the Honorable Fifteenth Court of Appeals:**

According to the Court's docket sheet, the mandate in this appeal is set to issue on October 24, 2025. The parties have conferred, and pursuant to Texas Rule of Appellate Procedure 18.1(c), the parties jointly file this Motion to Issue a Mandate in accordance with the judgment rendered by this Court on August 14, 2025.

## PRAYER

The Parties respectfully request that the Court grant their motion and issue a mandate pursuant to Tex. R. App. P. 18.1(c).

Dated: September 25, 2025

KEN PAXTON
Attorney General of Texas

Respectfully submitted.

/s/ *Jacob Przada*

BRENT WEBSTER
First Assistant Attorney General

JACOB PRZADA
Assistant Attorney General
State Bar No. 24125371
Jacob.Przada@oag.texas.gov

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for
Civil Litigation

JOHNATHAN STONE
Chief, Consumer Protection
Division

ROB FARQUHARSON
Assistant Attorney General

DAVID SHATTO
Assistant Attorney General

ABIGAIL E. SMITH
Assistant Attorney General

Office of the Attorney General
Consumer Protection Division
P.O. Box 12548
Austin, Texas 78711
Tel: (512) 463-2185
Fax: (512) 473-8301

**Counsel for Appellants**

/s/ Thanh D. Nguyen
Thanh D. Nguyen
Winston & Strawn LLP
Texas Bar No. 24126931
tdnguyen@winston.com

Jervonne D. Newsome
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
Jonathan Hung
Texas Bar No. 24143033
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

**Counsel for Appellees**

## Certificate of Compliance

Microsoft Word reports that this document contains 84 words, excluding exempted text.

/s/ *Jacob Przada*
Jacob Przada

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Justin Sassaman
Bar No. 24143383
pauline.sisson@oag.texas.gov
Envelope ID: 106090055
Filing Code Description: Motion
Filing Description: 20250925 Joint Mtn to Issue Mandate
Status as of 9/25/2025 3:13 PM CST

Associated Case Party: Nonparty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Logan | 24106214 | wlogan@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Jonathan Hung | | JOHung@winston.com | 9/25/2025 2:55:46 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |
| David Phillips | | DPhillips@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Jamie Vargo | | JVargo@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Houston Docket | | ecf_houston@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Hollie Albin | | hmalbin@winston.com | 9/25/2025 2:55:46 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Justin Sassaman
Bar No. 24143383
pauline.sisson@oag.texas.gov
Envelope ID: 106090055
Filing Code Description: Motion
Filing Description: 20250925 Joint Mtn to Issue Mandate
Status as of 9/25/2025 3:13 PM CST

Associated Case Party: State of Texas

| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |
|---|---|---|---|---|
| Abby Smith | | abby.smith@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |
| Jacob Przada | | Jacob.Przada@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |
| Andrew Brown | | Andrew.Brown@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |
| Justin Sassaman | | justin.sassaman@oag.texas.gov | 9/25/2025 2:55:46 PM | SENT |